# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEENA HEISLER, Individually; <br><br> Plaintiff, <br><br> vs. <br><br> ANIMAL CLINIC SUBURBAN, P.C., MELODY KALIFF, TREK PROPERTIES, LLC, and JOHN DOE 1 AND 2 INCLUSIVE, <br><br> Defendants. | 8:16CV464 <br><br> **SHOW CAUSE ORDER** |

The above-captioned suit was filed on October 11, 2016. ([Filing No. 1](#).) On February 2, 2017, the parties were directed to file a Rule 26(f) Report by March 6, 2017. ([Filing No. 23](#).) On April 7, 2017, Defendants moved for an extension of the Rule 26(f) Report deadline. ([Filing No. 28](#).) The motion was granted, and the parties were directed to file a Rule 26(f) Report no later than April 28, 2017. (Text Order, Filing No. 29.)

On April 27, 2017, the Court received email correspondence from Counsel for Defendants, Mr. Abrahamson, indicating that he had been in contact with Counsel for Plaintiff, Mr. Reed, and that Mr. Reed had informed him that the case would be dismissed. On April 28, 2017, the Court emailed Mr. Reed and Mr. Abrahamson to confirm that the Court should set a dismissal papers deadline. To date, the Court has not received a response from Mr. Reed and a Rule 26(f) Report has not been filed.

Accordingly,

**IT IS ORDERED** that by or before May 15, 2017, Plaintiff shall show cause why this action should not be dismissed for lack of prosecution and failure to comply with this Court's order. (Filing No. 29.) Plaintiff's failure to comply with this Show Cause Order will result in a recommendation to United States District Court Judge Robert F. Rossiter, Jr. that this action be dismissed. The Clerk of Court is directed to set a case management deadline using the following text: "May 15, 2017: Show Cause Deadline."

Dated this 3rd day of May, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge