IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEENA HEISLER,<br><br>        Plaintiff,<br><br>vs.<br><br>ANIMAL CLINIC SUBURBAN, P.C.; MELODY KALIFF; TREK PROPERTIES, LLC; and JOHN DOE 1 AND 2 INCLUSIVE,<br><br>        Defendants. | **8:16CV464**<br><br>**ORDER** |

This matter is before the Court on the magistrate judge's[1] May 16, 2017, Findings and Recommendations (Filing No. 31), recommending the Court dismiss this action for failure to prosecute. Neither party has objected to the Findings and Recommendations within the time permitted. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; NECivR 72.2. The Court finds the magistrate judge's Findings and Recommendations should be accepted and this case dismissed without prejudice. Accordingly,

    IT IS ORDERED:

    1.    The magistrate judge's Findings and Recommendations (Filing No. 31) are accepted.

    2.    This case is dismissed without prejudice for want of prosecution.

Dated this 31st day of May, 2017.

                                            BY THE COURT:

                                            s/ *Robert F. Rossiter, Jr.*
                                            United States District Judge

---

[1] The Honorable Susan M. Bazis, United States Magistrate Judge for the District of Nebraska.